# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN SAVOEUN, | No. ED CV 26-230-AH(E) |
|     Petitioner, | |
|     v. | ORDER FOR ENTRY OF JUDGMENT |
| KRISTI NOEM, ETC., ET AL., | |
|     Respondents. | |

On January 20, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus" ("the Petition"). On January 23, 2026, by a temporary restraining order, the Court ordered Petitioner's release and the reinstatement of Petitioner's prior OSUP. The Court did so after finding that Petitioner was likely to succeed on his claims that ICE was not entitled to revoke Petitioner's OSUP and to detain Petitioner without compliance with applicable regulations.

Also on January 23, 2026, the Court ordered Respondents to show cause in writing by January 30, 2026, why the Court should not issue a preliminary injunction. Respondents did not file any timely response to the Court's January 23, 2026 Order.

///

///

On February 25, 2026, the Magistrate Judge ordered that, by March 4, 2026, the parties show good cause why the Court should not enter a final judgment granting the relief granted on an interim basis in the January 23, 2026 Order and otherwise dismissing the Petition without prejudice.  At the same time, the Magistrate Judge warned the parties that failure timely to respond to the February 25, 2026 Order "may be deemed consent to the entry of such a final judgment."

Neither Petitioner nor Respondents filed any timely response to the February 25, 2026 Order.

Accordingly, and for the reasons stated in the January 23, 2026 Order, it is ordered that judgment be entered: enjoining Respondents from revoking Petitioner's OSUP and detaining Petitioner without compliance with applicable regulations; and otherwise dismissing the Petition without prejudice.

DATED: March 9, 2026.

                                                /s/ Anne Hwang
                                                ANNE HWANG
                                                UNITED STATES DISTRICT JUDGE