JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VAN SAVOEUN,

     Petitioner,

    v.

KRISTI NOEM, ETC., ET AL.,

     Respondents.

No. ED CV 26-230-AH(E)

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that: Respondents are enjoined from revoking Petitioner's OSUP and detaining Petitioner without compliance with applicable regulations; and the Petition is otherwise dismissed without prejudice.

DATED: March 9, 2026.

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE